

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,979-01

### IN RE MARIO PEREZ, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. 2006-CR-5055B-W1, 2006-CR-5056B-W1, AND 2006-CR-5057B-W1 IN THE 399TH DISTRICT COURT
### FROM BEXAR COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed three applications for writs of habeas corpus in the 399th District Court of Bexar County, and that the applications have not yet been forwarded to this Court. Relator alleges that the trial court entered an order designating issues, but this Court has no record of a timely order designating issues in any of these cases.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Bexar County, is ordered to file a response, which may be made by submitting the record on such habeas corpus applications, submitting a copy of a timely filed order which designates issues to be

investigated (*see McCree v. Hampton*, 824 S.W.2d 578, 579 (Tex. Crim. App. 1992)), or stating that Relator has not filed an application for a writ of habeas corpus in Bexar County. Should the response include an order designating issues, proof of the date the district attorney's office was served with the habeas application shall also be submitted with the response. If a timely order designating issues was entered but it has been more than 180 days since the State received service of the applications, the District Clerk of Bexar County shall forward the applications to this Court without awaiting resolution of the issues designated by the trial court. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: March 25, 2015
Do not publish